UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

STRATEGICALLY ACQUIRED REAL
ESTATE INVESTMENT FUND III, LP,

          Plaintiff,

-v-

SOMA S. AVVA,
et al,

          Defendants.

Case No. 3:14-cv-387

Judge Thomas M. Rose

_____

ENTRY AND ORDER OVERRULING AVVA'S MOTION TO DISMISS
(Doc. # 12) WITHOUT PREJUDICE TO REFILING
_____

Plaintiff Strategically Acquired Real Estate Investment Fund III, LP ("Strategically Acquired Real Estate") filed its Complaint in this matter on November 6, 2014. (Doc. #1.) Pursuant to a request by the Court, Strategically Acquired Real Estate informed the Court of the citizenship of its members by filing a curative pleading which supplemented its Complaint. (Doc. #7.) Now satisfied that it has jurisdiction, the Court turns to the Motion To Dismiss (doc. #12) filed on December 12, 2014 by Defendant Soma S. Avva ("Avva").

After Avva's Motion To Dismiss was filed, Strategically Acquired Real Estate has filed an Amended Complaint (doc. #13) and a response to the Motion To Dismiss (doc. #14). The Amended Complaint was filed as a matter of right pursuant to Fed. R. Civ. P. 15(a)(1)(B). Further, the Amended Complaint, which adds factual allegations to the original Complaint, renders Avva's Motion To Dismiss moot. Therefore, Avva's Motion To Dismiss (doc. #12) is OVERRULED WITHOUT PREJUDICE TO REFILING.

**DONE** and **ORDERED** in Dayton, Ohio this Twelfth Day of January, 2015.

                                                      **s/Thomas M. Rose**

                                        _____
                                                    THOMAS M. ROSE
                                       UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record